**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**

Roberto A. Lange United States District Chief Judge Presiding

| | |
|---|---|
| Courtroom Deputy – RMM<br>Courtroom – SF #1<br>U.S. Probation Officer – Natalie Kaufman | Court Reporter – Carla Dedula<br>Date – October 5, 2026 |

4:26-cr-40045-RAL-1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN DEAN BRUINS,<br><br>Defendant. | Mark Hodges<br><br><br><br><br><br>Ryan Kolbeck |

TIME HEARING SCHEDULED TO BEGIN: 9:00 AM

<u>TIME:</u>

9:05 AM Enter contested sentencing hearing.

Witnesses:
- Trent Ehler
- Dan Christiansen
- Courtney Wenzel

Defendant is sentenced to 264-months imprisonment; 5-years supervised release; and $100 special assessment.

11:10 AM Court is adjourned.